FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEALON ROMAIN JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | Case No. CV 08-1048-FMC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendation of the United States Magistrate Judge and orders that Respondent's Motion to Dismiss be denied.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order on all parties.

Dated: July 1, 2008

Florence-Marie Cooper
United States District Judge