Ent   JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED

DEC 1 9 2008

CLERK, U.S. DISTRICT CO...
CENTRAL DISTRICT OF CAL...
SOUTHERN DIVISION AT S...
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LEALON ROMAIN JOHNSON, ) | Case No. CV 08-1048-FMC (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| LARRY SCRIBNER, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 12-16-08

_Florence-Marie Cooper_

Florence-Marie Cooper
United States District Judge